# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAVERN RAY DAVIDHIZAR,<br><br>　　　　Defendant. | Case No. 3:19-mj-00456-MMS<br>Case No. 3:19-cr-00110-RRB-DMS<br><br>**ORDER DENYING IN PART MOTION TO DISMISS COMPLAINT AND GRANTING HEARING ON RETURN OF PROPERTY**<br>**(Doc. 17)** |

The motion to dismiss the Complaint and issue orders protecting defendant's rights regarding grand jury is DENIED as moot, in light to the return of the grand jury October 17, 2019. The motion for oral argument (Doc. 20) on these issues is DENIED.

The motion for ordering the return of Family Medical Clinic's servers containing medical records will be addressed at the Arraignment scheduled for October 18, 2019 at 2:30 p.m.

Defense counsel should immediately file an entry of appearance if he expects to continue to represent Dr. Davidhizar in this matter and be heard by the Court.

DATED at Anchorage, Alaska, this 18th day of October, 2019.

　　　　　　　　　　　　S/ DEBORAH M. SMITH
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE