Robert M. Herz
Law Offices of Robert Herz
431 West Seventh Ave., Suite 107
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 3:19-cr-00110 RRB-DMS |
| vs. | ) |
| Lavern Davidhizar, | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Comes now, defendant Lavern Davidhizar, by and through the Law Offices of Robert Herz, P.C. and gives notice of filing exhibits pertaining to the defense pleading at Doc. 67, Partial Opposition to Government Motion for Protective Order Regarding Discovery.

DATED at Anchorage, Alaska, this 24th day of December 2019.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
431 West Seventh Ave., Suite 107
Anchorage, Alaska 99501
Phone 907-277-7171 / Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on Dec. 24, 2019, a copy of the foregoing Notice of Filing was served electronically on Assistant United States Attorney's Office
s/ Robert Herz