Robert M. Herz
Law Offices of Robert Herz
431 West Seventh Ave., Suite 107
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-cr-00110 RRB-DMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Lavern Davidhizar, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) will occur as a result of the filing/granting/denying of this motion/pleading. As of the date of this filing 43days remain before trial must commence pursuant to the Speedy Trial Act

Comes now the defendant, Lavern Davidhizar, and hereby give notice of his intent to

change his plea pursuant to a written and signed plea agreement, the core terms of which have

been agreed upon, and some details of which the parties are still working to finalize.

DATED at Anchorage, Alaska, this 16th day of December 2022.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
431 West Seventh Ave., Suite 107
Anchorage, Alaska 99501
Phone 907-277-7171 / Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**
I hereby certify that on Dec 16, 2022, a copy of the foregoing Notice of Intent COP was served electronically on Assistant United States Attorney's Office     s/ Robert Herz